# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CRIMINAL ACTION** |
| v. ) | |
| ) | No. 06-20031-01-CM |
| ) | |
| **KEVIN L. MARTIN,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

The Tenth Circuit partially remanded this case on May 16, 2007 to permit defendant Martin to file a motion demonstrating that his failure to comply with the filing requirements of Rule 4(b)(1)(A)(i) was based on excusable neglect or good cause. Defendant Martin has not yet filed such motion. If defendant Martin still seeks to appeal the disposition of his case, he should file a motion requesting leave to file a late appeal and demonstrating excusable neglect or good cause for filing a late appeal **on or before June 29, 2007**. If defendant Martin fails to do so, the court will advise the Tenth Circuit that defendant has failed to file a motion requesting leave to file a late appeal.

**IT IS SO ORDERED**.

Dated this 14th day of June 2007, at Kansas City, Kansas.

> **s/ Carlos Murguia**
> **CARLOS MURGUIA**
> **United States District Judge**